**Motions Disposed and Order filed September 26, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00323-CV
_____

**RICHARD LANCE BOWE, Appellant**

**V.**

**SAMANATHA MARIE BOWE, Appellee**

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2005-12087A**

## O R D E R

Appellant Richard Lance Bowe caused 10 volumes of reporter's record from a related appeal, No. 14-19-00200-CV, *Bowe v. Engelhardt*, to be filed in this case. The *Bowe v. Engelhardt* appeal was dismissed for lack of jurisdiction. Appellee Samantha Perry, formerly Bowe, filed an opposed motion to strike those 10 volumes from the record of this case. Perry contends those volumes are outside the scope of the "proceedings" underlying this case as that term is understood under Texas Rule of Appellate Procedure 34.6(a)(1). She asserts she is not able to prepare her brief

until she knows the content of the appellate record. Appellees Steven Engelhardt and Engelhardt Law, PLLC (collectively "Engelhardt") filed a "joinder" to Perry's motion to strike. Both the motion and the joinder have been pending for more than 10 days, and no response has been filed.

Appellant's brief states, "At trial, the Court took judicial notice of the files in Cause Nos. 2005-12087, 2005-12087A [the cause from which this appeal arises], and 2015-47671, 2015-77061 [sic] . . . ." The parties may rely on anything of which the trial court took judicial notice. This statement should not be construed as a conclusion that the trial court's taking judicial notice was proper. Any arguments about the scope of the appellate record should be made in the parties' briefs on the merits.

Perry's motion and Engelhardt's "joinder" will both be carried with the case.

Appellees' briefs are due within **30 days** of this order.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.